NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACCENT PACKAGING, INC.,**
*Plaintiff-Appellant,*

v.

**LEGGETT & PLATT, INC.,**
*Defendant-Appellee.*

---

2012-1011

---

Appeal from the United States District Court for the Southern District of Texas in case no. 10-CV-1362, Judge Lynn N. Hughes.

---

**ON MOTION**

---

**O R D E R**

Accent Packaging, Inc. moves without opposition for a 30-day extension of time, until May 11, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Keith D. Jaasma, Esq.
    Bart A. Starr, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 0 2012

JAN HORBALY
CLERK